**Opinion issued March 5, 2024**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-23-00873-CV

—————————————

## JOHN TATE, Appellant

## V.

## AMANDA THOMPSON, Appellee

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-06537**

---

## MEMORANDUM OPINION

Appellant John Tate has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

We therefore dismiss the appeal for want of prosecution. TEX. R. APP. P. 42.3(b), (c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.